### December 3, 1979

Halberg v. State Accident Insurance Fund (13374). Reversed with instructions to enter an order denying compensation. *Weller v. Union Carbide,* 35 Or App 355, 582 P2d 8 (1978), *aff'd* 288 Or 27, 602 P2d 259 (1979); *Gibson v. SAIF,* 37 Or App 375, 587 P2d 116 (1978), *aff'd* 288 Or 45, 602 P2d 266 (1979). (603 P2d 368)

Styles v. Gerber Legendary Blades (13084). Affirmed. *Stupfel v. Edward Hines Lumber Co.,* 288 Or 39, 602 P2d 264 (1979). (603 P2d 368, *rev den* 288 Or 571 (1980))

Western Fire Insurance Company v. Wallis, et al, (12981). Reversed. *See Perez v. State Farm Mutual Auto. Ins. Co.,* 43 Or App 19, 602 P2d 284 (1979), *aff'd* 289 Or 295, 613 P2d 32 (1980). (602 P2d 1170, *aff'd* 289 Or 303, 613 P2d 36 (1980))

Youngquist v. Feasey (13556). Affirmed. *Kruse v. Fitzpatrick,* 278 Or 185, 563 P2d 680 (1977); *Hankins v. Bates,* 271 Or 676, 534 P2d 170 (1975); *Jewett v. Kosydar,* 266 Or 258, 512 P2d 995 (1973). (602 P2d 1171)

### December 10, 1979

State v. Lewis, Johnny Lee (14738). The state confesses error. Reversed. (603 P2d 370)

State v. Rodgers, Gale Allen (14812). Affirmed. *See State v. Gordon,* 43 Or App 511, 603 P2d 1196 (1979), *rev den* 288 Or 571 (1980). (603 P2d 1198)